United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RENE VAN MEERBEKE,

    Plaintiff,

    v.

GOPRO, INC., et al.,

    Defendants.

Case No. 16-cv-00598-RS

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), this matter is hereby referred to the Honorable Jon S. Tigar for consideration of whether the case is related to *Bodri v. GoPro, Inc.*, No. 16-cv-0232, and *Deem v. GoPro, Inc.*, No. 16-cv-0338.

**IT IS SO ORDERED**.

Dated: February 8, 2016

_____
RICHARD SEEBORG
United States District Judge